IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES DIXON, #139244, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:12-cv-0880-TMH |
| ) | WO |
| JOHN ANDREWS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #7) to the Recommendation of the Magistrate Judge filed on December 28, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #6) filed on December 12, 2012 is adopted;

3. This case is DISMISSED with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

Done this the 30th day of January, 2013.

                /s/ Truman M. Hobbs
                TRUMAN M. HOBBS
                SENIOR UNITED STATES DISTRICT JUDGE